IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Laura Galera        Date: July 25, 2013
Court Reporter:    Kara Spitler

Civil Action No. 13-cv-00078-RBJ

*Parties*:                              *Counsel*:

JOVAN MCGLOTHIN,                        David Japha

    Plaintiff,

v.

W. BARRY MARTIN,                        Jonathan Watson
JEFFREY LONGNECKER, and                 Marc Colin
CITY OF AURORA,                         Julia Bannon

    Defendants.

### COURTROOM MINUTES

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**

**Court in session:      8:03 a.m.**

Appearances of counsel.

Discussion regarding Defendant's Joint Motion to Dismiss #[8].

**ORDERED:**   Defendant's Joint Motion to Dismiss #[8] is GRANTED.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Deadline for Amendment of pleadings/Joinder of parties: **September 3, 2013.**

Discovery Cut-off: **December 20, 2013.**

Dispositive Motion Deadline: **February 21, 2014.**

Parties shall designate affirmative experts **on or before November 20, 2013.**

Parties shall designate rebuttal experts **on or before December 20, 2013.**

**FINAL  PRETRIAL/TRIAL PREPARATION CONFERENCE** is set for **April 22, 2014 at 8:00 a.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth  Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  **Parties should exchange jury instructions in advance and be prepared to discuss them at this proceeding. Parties may appear by phone for this proceeding.**

**JURY TRIAL** is set for **May 12, 2014 at 9:00 a.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth  Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues.  If that is unsuccessful, counsel shall establish a conference call adding Judge Jackson as the last connection.  The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.

HEARING CONCLUDED.
**Court in recess:        8:20 a.m.**
Total time in court:     00:17