# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00078-RBJ

JOVAN McGLOTHIN,

    Plaintiff,

v.

W. BARRY MARTIN, in his individual capacity as an Officer for the Aurora Police Department; and
JEFFREY LONGNECKER, in his individual capacity as an Officer for the Aurora Police Department; and
THE CITY OF AURORA, a municipal corporation,

    Defendants.
_____

## ORDER DISMISSING DEFENDANTS OFFICERS MARTIN AND LONGNECKER WITH PREJUDICE AND AMENDING CAPTION
_____

This matter is before the Court on the parties' Stipulated Motion to Dismiss With Prejudice All Claims Against Defendants Martin and Longnecker and Stipulated Motion to Amend Caption [Doc. 51]. Based upon the parties' stipulation, the Motion is GRANTED and all claims against Defendants Martin and Longnecker are hereby DISMISSED WITH PREJUDICE. This action remains pending against the City of Aurora and, as such, it is hereby ORDERED that all future pleadings are amended to reflect the City of Aurora, Colorado, as the sole Defendant in this action.

DATED this 16th day of July, 2014.

                                      BY THE COURT:

                                      _____
                                      R. Brooke Jackson
                                      United States District Judge